W310.6261

CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
06/07/2007
Log Number 512292145

TO: Frank P Berenz
Mercedes-Benz USA, LLC
One Mercedes Drive, PO Box 350
Montvale, NJ, 07645-0350

RE: **Process Served in Delaware**

FOR: Mercedes-Benz USA, LLC (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | MBF1 LLC, Pltf. vs. Mercedes-Benz USA, LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | Letter, Summons, Petition, Exhibit |
| COURT/AGENCY: | Parish of St. Tammany, 22nd Judicial District Court, LA<br>Case # 2007-12527 |
| NATURE OF ACTION: | Product Liability Litigation - Breach of Warranty - Failure to fix certain and numerous defects on 2006 Mercedes-Benz S65. |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Company, Wilmington, DE |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/07/2007 postmarked on 06/04/2007 |
| APPEARANCE OR ANSWER DUE: | Within 30 days |
| ATTORNEY(S) / SENDER(S): | Robin B. Cheatham<br>Adams and Reese<br>4500 One Shell Square<br>New Orleans, LA, 70139<br>504-584-3234 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790758648331 |
| SIGNED: | The Corporation Trust Company |
| PER: | Scott LaScala |
| ADDRESS: | 1209 Orange Street<br>Wilmington, DE, 19801 |
| TELEPHONE: | 302-658-7581 |

JUN 11 2007

Page 1 of 1 / MM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.




**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
New Orleans
Washington, DC

**Robin B. Cheatham**
(504) 585-0411
E-Fax (504) 584-9505
robin.cheatham@arlaw.com

June 4, 2007

**Via Certified Mail - Return Receipt Requested**
**#7002 2410 0000 2660 8994**

Mercedes-Benz USA, LLC
through its registered agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**Re: MBF1 LLC v. Mercedes-Benz USA, LLC *et al***
**Our File No. 15022-1**

Dear Sir:

Enclosed are the Citation and a certified copy of the Petition for Breach of Warranty and Damages regarding the above matter. We are effecting service of process of this lawsuit pursuant to Louisiana's Long-Arm Statute, La. R.S. §13:3201, *et seq*.

Please be advised that you must file a responsive pleading within the time specified under Louisiana law. Your failure to file a responsive pleading within such delay will result in the entry of a default judgment against you.

Sincerely,

**ADAMS AND REESE, L.L.P.**

ROBIN B. CHEATHAM

RBC:jmb
Enclosures

MBF1, LLC

Versus

MERCEDES-BENZ USA, LLC, ET AL

No. 2007-12527 E

**22nd Judicial District Court**
**Parish of St. Tammany**
**Louisiana**

TO THE DEFENDANT MERCEDES-BENZ USA, LLC THROUGH ITS REGISTERED AGENT, CORPORATION TRUST CENTER, 1209 ORANGE STREET, WILMINGTON, DELAWARE 19801
VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this 24TH day of MAY A.D. 20 07

*Malise Prieto*, CLERK OF COURT

BY: S/CONNIE GENNARO

A TRUE COPY

DY. CLERK OF COURT
ST. TAMMANY PARISH, LA

ISSUED:5/29/07

Attorney ROBIN B. CHEATHAM PO1
4500 ONE SHELL SQUARE
NEW ORLEANS, LA 70139

Received on ____________, 20 ____, and on the ______ day of ____________, 20 ____.
I served a true copy of the within ______________________________,
on ______________________________ in person,
at domicile with ______________________________
in ______________ Parish, a distance of ______________ miles from the Court House.

______________________________
Deputy Sheriff

Parish of ______________________________

K-101

101-30.wpd

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

No. 2007-12527 DIVISION "E"

MBF1 LLC

versus

MERCEDES-BENZ USA, LLC,
ASBURY AUTOMOTIVE ST. LOUIS, L.L.C. d/b/a PLAZA MOTOR COMPANY,
AND BENSON MOTOR COMPANY

FILED: MAY 2 4 2007 S/CONNIE GENNARO
DEPUTY CLERK

## PETITION FOR BREACH OF WARRANTY AND DAMAGES

The Petition of MBF1 LLC, appearing herein through undersigned counsel, with respect represents, to wit:

1.

MBF1 LLC is a Louisiana limited liability company authorized to do and doing business in the Parish of St. Tammany, State of Louisiana (hereinafter referred to as "MBF1").

2.

Made defendants herein are:

A. Mercedes-Benz USA, LLC, a Delaware limited liability company, having its registered office at One Mercedes Drive, Montvale, New Jersey 07645 (hereinafter "MBUSA"), having appointed Corporation Trust Center at 1209 Orange Street, Wilmington, Delaware 19801 as its registered agent. MBUSA is subject to jurisdiction by virtue of Louisiana Long Arm Statute, La. Rev. Stat. § 13:3201 by, among other things, contracting to supply goods and services in this State;

B. Asbury Automotive St. Louis, L.L.C. d/b/a Plaza Motor Company, a Missouri limited liability company, having its registered office at 11830 Olive Street Road, Creve Coeur, Missouri 63141 (hereinafter "Plaza"), having appointed National Registered Agents, Inc. at 300-B East High Street, Jefferson City, Missouri 65101 as its registered agent. Plaza is subject to jurisdiction by virtue of Louisiana Long Arm Statute, La. Rev. Stat. § 13:3201 by, among other things, contracting to supply goods and services in this State; and

C. Benson Motor Company, a Louisiana corporation, having its registered office at 3727 Veterans Boulevard, Metairie, Louisiana 70002 (hereinafter

"Benson"), having appointed Don Zander at 2600 Veterans Boulevard, Kenner, Louisiana 70062 as its registered agent.

3.

On May 11, 2005, MBF1 and Plaza entered into a Motor Vehicle Lease Agreement (hereinafter the "Contract"), a copy of which is attached hereto and made a part hereof as Exhibit 1. Pursuant to that contract, Plaza agreed to lease and deliver to MBF1 one 2006 Mercedes-Benz S65 as described therein (hereinafter the "Vehicle").

4.

Under the Contract, the Vehicle is covered by a standard new vehicle warranty from the manufacturer (hereinafter the "Warranty"). The Vehicle was manufactured in Germany and distributed in the United States by MBUSA, who sold the Vehicle to Plaza.

5.

After delivery of the Vehicle to MBF1, certain and numerous defects in the Vehicle's workmanship and operation were discovered. MBF1 tendered the Vehicle to an MBUSA authorized dealer, Benson, for repairs.

6.

After several unsuccessful attempts to fix the Vehicle and considerable time and inconvenience to MBF1, MBF1 traded-in the defective Vehicle for a replacement vehicle leased from Benson. The trade-in value received from Benson was nearly half the purchase price of the Vehicle less than a year ago.

7.

MBUSA, Plaza, and Benson distributed, leased and/or attempted the repair of the defective Vehicle that was not suitable for its intended use. Consequently, MBF1 incurred damages in the form of loss of value, loss of use and inconvenience.

8.

The above described acts and/or omissions by Plaza constitute breach of the Contract by Plaza and breach of the Warranty by MBUSA for which MBF1 has suffered or will suffer damages in St. Tammany Parish, including the cost of replacing and/or loss of value of the Vehicle and attorneys fees.

9.

The above described acts and/or omissions also constitute negligence by MBUSA, Plaza and Benson for which they are liable to MBF1 for all damages flowing therefrom.

WHEREFORE, MBFI LLC prays that defendants be served with a copy of the petition and that they be duly cited to appear and to answer same, and that after all legal delays and due proceedings had, that there be judgment rendered herein in favor of MBFI LLC, and against defendants Mercedes-Benz USA, LLC, Asbury Automotive St. Louis, L.L.C. d/b/a Plaza Motor Company, and Benson Motor Company in solido for the costs and expenses of replacing part or all of the Vehicle, and/or the loss or reduction of value of the Vehicle, plus all other damages suffered, including attorney's fees, all costs of these proceedings with legal interest thereon from the date of judicial demand until paid and for all other general and equitable relief to which plaintiff is entitled.

Respectfully submitted,

ADAMS AND REESE

Robin B. Cheatham, T.A., Bar # 4004
Lisa Merz Hedrick, Bar # 26421
Shana A. Stumpf, Bar # 30746
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone (504)581-3234

Attorneys for MBFI LLC

**PLEASE SERVE:**

Benson Motor Company
through its registered agent
Don Zander
2600 Veterans Boulevard
Kenner, Louisiana 70062

**PLEASE ISSUE SUMMONS FOR SERVICE VIA LOUISIANA LONG ARM STATUTE TO:**

Mercedes-Benz USA, LLC
through its registered agent
Corporation Trust Center
1209 Orange Street,
Wilmington, Delaware 19801

Asbury Automotive St. Louis, L.L.C. d/b/a Plaza Motor Company
through its registered agent
National Registered Agents, Inc.
300-B East High Street
Jefferson City, Missouri 65101



A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

FILED
2007-12527
MAY 24 2007
MALISE PRIETO - CLERK
S/CONNIE GENNARO

Mercedes-Benz Financial

**Motor Vehicle Lease Agreement - CONSUMER PAPER**

*The First Class Lease*

**Dates**

The date of this lease is 05/11/2006

The scheduled term of this lease is 36 months ("Lease Term").

The scheduled date this lease ends is 05/11/2009 ("Lease End").

**Type of Lease**

☒ Standard Lease ☐ Single Payment Lease

If the Single Payment Lease box is checked above, "Monthly Payments" or "First Monthly Payment" are replaced with the words "Single Lease Payment" throughout this lease and the word "Monthly" in section 6.J. below is deleted.

**Parties**

Lessor (Dealer) PLAZA MOTOR COMPANY

Address 11830 OLIVE STREET ROAD CREVE COEUR MO 63141

Lessee MRF 1 LLC

Lessee's Billing Address 29092 KRENTEL ROAD LACOMBE LA 70445

Address of principal garage location, if different from Lessee's Billing Address (no P.O. Box)

**Vehicle Information**

☒ New ☐ Pre-owned VIN WDDNG79J36A483677

2006 MERCEDES-B S65 S65 36

Year Make Model Body Style Odometer reading

Optional Factory Equipment

☐ CD Player ☐ Telephone

☐ Other (please specify)

Primary Intended Use

☐ Personal ☒ Business, Commercial, or Agricultural Purposes

If no box is checked, or if the Personal box is checked, you agree to use the vehicle for personal, family or household purposes.

Unless otherwise specified, "lease" refers to this Motor Vehicle Lease Agreement; "vehicle" refers to the vehicle described above; "you", "your", and "yours" refer to the Lessee and any Co-Lessee; "we", "us", and "our" refer to the Lessor and, after the lease is assigned, to DCFS Trust, or its successors and assigns. "Assignee" refers to DCFS Trust or its successors and assigns. The "Vehicle Turn-in Fee" is a fee to cover the cost of disposing of the vehicle, commonly referred to as a disposition fee. "Pre-owned" refers to used vehicles. You agree to lease the vehicle from us on the terms and conditions provided in the front and back of this lease. The terms and conditions contained in this lease are made on behalf of Lessor and Assignee.

**Consumer Leasing Act Disclosures**

| 1. Amount Due at Lease Signing or Delivery (Itemized below)* | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payment) | 4. Total of Payments (The amount you will have paid by the end of the lease) |
|---|---|---|---|
| $ 4784.92 | Your first Monthly Payment of $ 4784.92 is due on 05/11/2006, followed by 35 payments of $ 4784.92 due on the 11th of each month. The total of your Monthly Payments is $ 172257.12 | a. Vehicle Turn-in Fee (if you do not purchase the vehicle) $ 595.00<br>b. N/A $ N/A<br>c. Total $ 595.00 | $ 172852.12 |

**5. Itemization of Amount Due at Lease Signing or Delivery**

**a. Amount Due at Lease Signing or Delivery:**

| | |
|---|---|
| 1. First Total Monthly Payment (includes sales/use taxes) | $ 4784.92 |
| 2. Capitalized Cost Reduction | + $ N/A |
| 3. Acquisition Fee (if not capitalized) | + $ N/A |
| 4. Sales/Use Taxes | + $ N/A |
| 5. Refundable Security Deposit | + $ N/A |
| 6. Title Fees | + $ N/A |
| 7. License Fees | + $ N/A |
| 8. Registration Fees | + $ N/A |
| 9. N/A | + $ N/A |
| 10. N/A | + $ N/A |
| 11. N/A | + $ N/A |

**6. Your monthly payment is determined as shown below:**

| | |
|---|---|
| a. Gross Capitalized Cost: The agreed upon value of the vehicle ($ 172275.00) and any items you pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) | $ 173748.50 |
| b. Capitalized Cost Reduction: The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost | - $ N/A |
| c. Adjusted Capitalized Cost: The amount used in calculating your Base Monthly Payment | = $ 173748.50 |
| d. Residual Value: The value of the vehicle at the end of the lease used in calculating your Base Monthly Payment | - $ 64712.25 |
| e. Depreciation and any amortized amounts: The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term | = $ 109036.25 |
| f. Rent Charge: The amount charged in addition to the Depreciation and any amortized amounts | + $ 49361.23 |





7. License Fees ..... Monthly Payment
8. Registration Fees ..... +$ N/A
9. N/A +$ N/A
10. N/A +$ N/A
11. N/A +$ N/A
12. N/A +$ N/A
13. Total ..... =$ 4784.92

b. How the Amount Due at Lease Signing or Delivery will be paid
1. Net Trade-in Allowance ..... $ N/A
2. Rebates and noncash credits ..... +$ N/A
3. Amount to be paid in cash ..... +$ 4784.92
4. N/A +$ N/A
5. Total ..... =$ 4784.92

e. Depreciation and any amortized amounts: The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term =$ 109036.25
f. Rent Charge: The amount charged in addition to the Depreciation and any amortized amounts +$ 49361.23
g. Total of Base Monthly Payments: The Depreciation and any amortized amounts plus the Rent Charge =$ 158397.48
h. Lease Payments: The number of payments in your lease ÷ 36
i. Base Monthly Payment =$ 4399.93
j. Monthly Sales/Use Taxes +$ 384.99
k. N/A +$ N/A
l. Total Monthly Payment =$ 4784.92

7. **Early Termination.** You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

8. ***Excessive Wear and Use.*** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 67536 miles (Mileage Allowance) for the term of this lease, at the rate of .25 per mile.

9. ***Purchase Option at End of Lease Term.*** You have an option to purchase the vehicle (as is) at the end of the lease term for $ 64712.25 plus a Purchase Option Fee of $ 150.00, plus a processing fee of $ 160.00, plus all official fees and taxes. See the Purchase Option section on the back of this lease for more information.

10. ***Other Important Terms.*** See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**1. Itemization of Gross Capitalized Cost**

| | |
|---|---|
| a. Price of Vehicle | $172375.00 |
| Approved Dealer Installed Equipment | $ N/A |
| c. Service Contract | $ N/A |
| d. Extended Warranty | $ N/A |
| e. Credit Life and/or Credit Disability Premium | $ N/A |
| f. Current Year Taxes, Title, Licenses, Registration | $ 383.50 |
| g. Acquisition Fee | $ 795.00 |
| h. Sales/Use Taxes | $ N/A |
| i. Other Tax (describe) N/A | $ N/A |
| j. N/A | $ N/A |
| k. N/A | $ N/A |
| l. DOC FEE | $ 195.00 |
| m. Total Gross Capitalized Cost | $173748.50 |

**Estimated Official Fees and Taxes**

total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ 14331.14. This is an estimate and the actual total of Official fees and Taxes may be higher or lower than this estimate. The actual total of Official Fees and Taxes depends on the rates in effect, the value of the vehicle and the garage location of the vehicle at the time fees and taxes are assessed.

**Mileage Allowance**

Mileage Allowance in section 8 above is greater than 60036 Mileage Amount", you have chosen to purchase additional miles for your Allowance determination. If you have purchased additional miles, then ...

**15. New and Pre-owned Vehicle Warranty**

If the vehicle is new, it is covered by a standard new vehicle warranty from the manufacturer.

If the vehicle is pre-owned, it is not covered by a warranty unless indicated by a check in the corresponding box below:

☐ Remainder of standard new vehicle warranty from manufacturer
☐ Pre-owned vehicle warranty from manufacturer
☐ Pre-owned warranty from other third-party provider

We assign to you all rights we have under any of these warranties. You acknowledge that you have received a copy of the indicated warranties.

We lease the vehicle to you "AS IS". EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, AND UNLESS PROHIBITED BY LAW, WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED, AS TO THE VEHICLE'S (OR ANY PART OR ACCESSORY THEREOF) CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE AND WE MAKE NO OTHER REPRESENTATION OR WARRANTY WHATSOEVER.

**16. Optional Insurance and Other Products**

You are not required to buy any of the optional insurance or other products listed below to enter into this lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you are accepted by the provider. By your initials below, you agree that you have received a notice of the terms and cost of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer). These coverages are not provided by the Lessor. You must pursue all matters related to these coverages, including refunds, through the provider. The terms and conditions for these coverages are provided in a separate contract, which you acknowledge that you have received and read.

If the price of these coverages is also included in the Itemization of Gross Capitalized Cost, it will be included in the Base Monthly Payments. If not, you have paid for the coverages in full upon signing this lease.

Unless you receive written notification otherwise, credit life and credit disability insurance end on the original due date of the last payment due under the lease.

☐ Credit Life Provider N/A
Initial Coverage $ N/A Prem. $ N/A
Lessee/Co-Lessee Initials
☐ Credit Disability Provider N/A
Maximum Mo. Benefit $ N/A Prem. $ N/A

i. Other Tax (describe) N/A $ N/A

j. N/A $ N/A

k. N/A $ N/A

l. DOC FEE $ 195.00

m. Total Gross Capitalized Cost $ 173748.50

## 12. Estimated Official Fees and Taxes

The total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ 14553.14. This is an estimate and the actual total of Official Fees and Taxes may be higher or lower than this estimate. The actual total of Official Fees and Taxes depends on the rates in effect, the value of the vehicle and the garage location of the vehicle at the time the fees and taxes are assessed.

## 13. Mileage Allowance

If your Mileage Allowance in section 8 above is greater than 60036 "Base Mileage Amount", you have chosen to purchase additional miles for your Mileage Allowance determination. If you have purchased additional miles, then at Lease End, except as provided below, you will be eligible for a refund of .20 per mile for any unused additional miles between the Base Mileage Amount and your Mileage Allowance over the term of the lease. You will not receive a refund if the vehicle is destroyed or stolen, you are in default, you purchase the vehicle, or the refund is less than $1.

## 14. Missing Records

If you do not return the vehicle's maintenance booklets as provided in the Maintenance section of this lease, you will owe a missing records fee in the amount of $ 300.00.

## 15. Optional Insurance and Other Products

You are not required to buy any of the optional insurance or other products listed below to enter into this lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you are accepted by the provider. By your initials below, you agree that you have received a notice of the terms and cost of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer). These coverages are not provided by the Lessor. You must pursue all matters related to these coverages, including refunds, through the provider. The terms and conditions for these coverages are provided in a separate contract, which you acknowledge that you have received and read.

If the price of these coverages is also included in the itemization of Gross Capitalized Cost, it will be included in the Base Monthly Payments. If not, you have paid for the coverages in full upon signing this lease.

Unless you receive written notification otherwise, credit life and credit disability insurance end on the original due date of the last payment due under the lease.

☐ Credit Life Provider N/A

Initial Coverage $ N/A Prem. $ N/A

Lessee/Co-Lessee Initials

☐ Credit Disability Provider N/A

Maximum Mo. Benefit $ N/A Prem. $ N/A

Lessee/Co-Lessee Initials

☐ Service Agreement Provider N/A

Coverage is for N/A months or N/A miles, whichever happens first.

Premium or charge $ N/A Lessee/Co-Lessee Initials

☐ Extended Warranty Provider N/A

Coverage is for N/A months or N/A miles, whichever happens first.

Premium or charge $ N/A Lessee/Co-Lessee Initials

## Notice to Lessee

NOTICE TO LESSEE: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.

**LESSEE**

By signing below, you acknowledge that:

- This lease is completely filled out;
- You have read this entire lease carefully and agree to all of its terms, INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES AND PRIVACY POLICY ON THE REVERSE SIDE;
- You have received a completed copy of this lease; and the Lessor may assign all right, title, and interest in this lease, vehicle and Guaranty to anyone.

X [signature] Lessee — Lessee

By — By

Title — Title

Driver's license number/State — Driver's license number/State

## GUARANTY

The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease. This means if the lessee(s) fail(s) to pay any money owed, guarantor(s) will pay it. All Guarantor(s) shall be jointly and severally liable and agree that this guaranty shall not be affected by any changes to this lease. Guarantor(s) also agree to be liable for all fees and costs, including attorneys' fees, that the Lessor incurs in enforcing this lease or guaranty.

Guarantor(s) has/have received a completed copy of this lease and guaranty at the time of signing.

X Guarantor — X Guarantor

Print Name — Print Name

Address — Address

Address — Address

## LESSOR SIGNATURE AND ASSIGNMENT

By signing below, the Lessor (or if DCFS Trust is Lessor, through its attorney-in-fact) accepts the terms and conditions of this lease. If Lessor is not DCFS Trust, Lessor assigns all right, title, and interest in this lease, vehicle and Guaranty to DCFS Trust, subject to the terms and conditions of the Retail Installment Contract and Lease Program Agreement between Lessor and DaimlerChrysler Financial Services Americas LLC.

[signature] Lessor (or its attorney-in-fact) — BUSINESS MANAGER Title

## INSURANCE VERIFICATION

Lessor (or Dealer) has verified that the insurance coverage required by this lease is in force on the date of shipment as BOB [illegible] Mercedes-Benz Financial.

FEDERAL INS CO 7495871 — Address

Your insurance company — Policy No. — Insurance coverage verified by

EAGAN INSURANCE AGY (504)836-9600 — Signature of Lessor representative

Agent's name — Agent's Phone number

PO BOX 8590 MATARIE LA 70011

Agent's Address

*NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION.*

amount of $ 500.00

NOTICE TO LESSEE: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.

LESSEE

By signing below, you acknowledge that:

- This lease is completely filled out;
- You have read this entire lease carefully and agree to all of its terms, INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES AND PRIVACY POLICY ON THE REVERSE SIDE;
- You have received a completed copy of this lease and the Lessor may assign all rights, title, and interest in this lease, vehicle and Guaranty to anyone.

Lessee ______ Lessee ______

By ______ By ______

Title ______ Title ______

Driver's License Number/State ______ Driver's License Number/State ______

**GUARANTY**

The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease. This means if the lessee(s) fail(s) to pay any money owed, guarantor(s) will pay it. All Guarantor(s) shall be jointly and severally liable and agree that this guaranty shall not be affected by any changes to this lease. Guarantor(s) also agree to be liable for all fees and costs, including attorneys' fees, that the Lessor incurs in enforcing this lease or guaranty.

Guarantor(s) has/have received a completed copy of this lease and guaranty at the time of signing.

X ______ Guarantor X ______ Guarantor

Print Name ______ Print Name ______

Address ______ Address ______

Address ______ Address ______

**INSURANCE VERIFICATION**

Lessor (or Dealer) has verified that the insurance coverage required by this lease is in force on the date of this lease and names Mercedes-Benz Financial, [illegible]

FEDERAL INS CO 7495871

Your Insurance Company ______ Policy No. ______

EAGAN INSURANCE AGY (504)836-9600

Your Insurance Agent ______ Agent's Phone Number

PO BOX 8590 MATARIE LA 70011

Agent's Address

**LESSOR SIGNATURE AND ASSIGNMENT**

By signing below, the Lessor (or if DCFS Trust is Lessor, through its attorney-in-fact) accepts the terms and conditions of this lease. If Lessor is not DCFS Trust, Lessor assigns all right, title, and interest in this lease, vehicle and Guaranty to DCFS Trust, subject to the terms and conditions of the Retail Installment Contract and Lease Program Agreement between Lessor and DaimlerChrysler Financial Services Americas LLC.

Lessor (or its attorney-in-fact) ______ BUSINESS MANAGER Title

*NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION.*

*THE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE ARE A PART OF THIS LEASE.*

**AUTO-PAY DEBIT AUTHORIZATION**

Upon acceptance by DaimlerChrysler Financial Services Americas LLC, its successors and assigns ("Mercedes-Benz Financial"), of this authorization and a properly voided check, imprinted with all the account holder name(s) and address, Mercedes-Benz Financial is authorized by the account holder ("you or "your") to initiate electronic debit entries or a charge by any other commercially accepted means to my account held at the financial institution listed below for the amount of the monthly payment described in my lease with Mercedes-Benz Financial or DCFS Trust dated concurrently with this authorization ("Agreement"). The account number is listed on this form. You authorize and request the financial institution listed on this form to honor such debit entries. In addition, this authorization includes all other amounts due pursuant to the terms of the Agreement, which may vary from the amount of the regularly scheduled payment to an amount exceeding the regularly scheduled payment by $100. You understand that Mercedes-Benz Financial will notify you of any changes in the dollar amount to be debited from your account where the debited amount will exceed the regularly scheduled payment by more than $100. This Authorization will remain in force until either Mercedes-Benz Financial or you have received reasonable and advance written notice of cancellation from the other party or satisfaction in full of all your obligations under the Agreement. Your lease payment will be deducted on your scheduled due date and will continue up to and including the last payment due on your account. You may receive a separate bill for charges associated with the return of your vehicle (i.e., excess wear and use, excess mileage, etc.).

Financial Institution Name ______ Name(s) on the Checking/Draft Account ______

Financial Institution Address ______ Checking/Draft Account Number ______

Lessee Name(s) ______ Account Holder's Signature(s) ______

Date ______

5474 MU (1/06) MBF – ORIGINAL CUSTOMER – WHITE DEALER – YELLOW FILING – GREEN

## Operation and Maintenance

### 7. Maintenance

...u agree to maintain, service and repair the vehicle according to the manufacturer's ...endations and any applicable warranty. You will keep the vehicle in good oper...dition and return the maintenance booklets with the vehicle. You agree to com...y with all vehicle recall notices. You agree to pay for all operating costs including, but ...t limited to gas, oil, antifreeze, parking fees, inspection and certification fees, fines, ...ring, and replacement tires. Lessor will not provide maintenance services unless you ...ree at your option to buy a separate maintenance agreement.

### 8. Prohibited Uses of Vehicle

...u agree not to use or allow anyone else to use the vehicle (a) in a way that violates ...e law or the terms of your insurance policy or that causes cancellation or suspension ...any applicable warranty; and (b) to transport goods or people for pay. You also agree ...t to take the vehicle outside the United States; however, you may take the vehicle to ...nada or Mexico for 30 days or less.

...addition, you agree not to use or allow anyone else to use the vehicle for more than ...days outside the state where you first registered it or recorded the title unless ...u first have our written consent.

...u will not change or modify the vehicle's body or interior in any way unless you first ...t our written consent. If you add parts to the vehicle that cannot be removed ...hout harming the vehicle's usefulness or value, you understand that these parts ...come our property. We may inspect the vehicle at any reasonable time.

...u will not assign or sublease any interest in the vehicle or this lease. You will ...p the vehicle and lease free from all liens.

...u agree that you and anyone else that uses the vehicle are liable for any injury, ...th, or damage arising out of the use of the motor vehicle, and that we are not liable ...any such injury, death or damage.

## Insurance

### Vehicle Insurance

...agree to provide primary insurance coverage as indicated below during the lease ...until the vehicle is returned: (a) liability insurance with limits of not less than ...0,000 per person for bodily injury, $500,000 per accident for bodily injury and ...000 per accident for property damage; (b) collision insurance for the actual value ...ehicle and with a deductible no higher than $2,000; (c) comprehensive fire and ...t insurance for the actual value of vehicle and with a deductible no higher than ... and (d) uninsured motorist coverage as required by law in the state where the ...is registered. You may obtain insurance from an insurer of your choice which is ...onably acceptable to us. The insurance policy must name Assignee as additional ...ed and loss payee and you must provide us with a copy of your policy. If you carry ...ss or umbrella liability insurance, it will include our interest to the extent provided ...w. The policy must require the insurance company to notify us at least 30 days in ...nce of any changes in coverage or cancellation. You will notify us and your insurance ...any within 24 hours after any damage, loss, theft, seizure, or impoundment of the ...le. For claims arising under your insurance that concern physical damage to the ...le, you appoint us your attorney-in-fact to initiate, settle or release the claim. You ...rize us to cash or negotiate checks or drafts or other payments received from your ...ance company and endorse your name as such items if you are a payee. You also ...a security interest in any money paid under your insurance.

...hysical damage or liability insurance coverage for bodily injury or ...erty damage caused to others is included in this lease.

### ...Total Vehicle Loss/Gap Waiver

...vehicle is subject to a total loss due to collision, destruction or theft, you will pay ...Gap Amount which is the difference between the Early Termination Liability and ...surance proceeds we receive based on the total loss. We agree to waive the Gap ...nt if you had the vehicle insurance required by this lease at the time of total loss, ...h case you will pay to us the sum of: (a) all unpaid amounts that are due or past ...nder this lease plus (b) the amount of your insurance deductible; plus (c) any ...amounts that were subtracted from the vehicle's actual cash value to deter...he insurance proceeds we received for the total loss. If this is a single payment ...you will receive a refund equal to your lease payment divided by your Lease Term ...wn on the front of this lease) times the number of months left in this lease at the ...f the loss of the vehicle. If you do not have insurance on the vehicle or your insur...ompany denies part or all of your claim, you will be in default and will pay us the ...ermination liability set forth in section 23.

...protection will not apply and you will be in default if you accept a cash value ...ment from your insurance company without first receiving our consent and ...ding any such settlement to us.

## End of Lease

### ...urchase Option

...urchase the vehicle at any time, you agree to re-register and re-title the vehicle ...name no later than 30 days from the time you purchase it. If you fail to do so, ...ve the right to cancel the registration.

...duled Termination. At the end of the scheduled Lease Term, you may purchase ...hicle "as is" for the amount set forth in section 9 on the front of this lease.

...e Scheduled Termination. At any time before the scheduled Lease End, you ...an option to purchase the vehicle "as is" for the Early Purchase Option Price

## End of Lease (continued)

(6) you die, are declared incompetent, become insolvent, a bankruptcy petition is filed by or against you, or you dissolve active business affairs; (7) the vehicle is seized, or levied upon by any government or legal process; (8) the vehicle is destroyed, abandoned, stolen or damaged beyond repair; (9) your driver's license expires or is suspended, revoked, or canceled; or (10) anything else happens that we reasonably believe in good faith endangers the vehicle or your ability to pay.

c. Remedies for Default. If you are in default, you will owe your Early Termination Liability provided in section 22.a. and we may take any or all of the following actions: (1) terminate this lease and your rights to the vehicle; (2) take possession of the vehicle without prior demand, unless notice or demand is required by law; (3) take reasonable action to prevent the default or our loss; (4) require you to return the vehicle and any related records; (5) make a claim for insurance or service contract benefits or refunds available on your default and apply such amount to the amount you owe; or (6) use any remedy we have at law or in equity. You agree to reimburse us for any amounts we choose to pay under this lease that you are required to pay, including amounts we pay to cover your default or enforce our right to the vehicle.

If we take possession of the vehicle as provided in section 23.c.2, we may take any personal property in the vehicle. We will hold the personal property for you for 20 days. If you do not pick up the property within that time, we may dispose of it in any manner.

## Additional Information

### 24. Assignment and True Lease

You understand that this is a true lease and that you do not have equity or other ownership rights in the vehicle unless you purchase it from us. You may not assign, sell, sublease or arrange an assumption of your interests or rights under this lease or in the vehicle without our written permission. You understand that we may assign our rights and obligations under this lease at anytime or to anyone, including DCFS Trust, without first notifying you. You agree and grant us permission to provide information about you, the vehicle or this lease to our affiliates at any time, subject to the terms of the Assignee's Privacy Policy. Lessor and its employees are not agents of Assignee and have no authority to obligate Assignee. DaimlerChrysler Financial Services Americas LLC ("Mercedes-Benz Financial"), as the servicing agent for DCFS Trust, has the power to act on DCFS Trust's behalf to administer, enforce and defend this lease. You agree to pay all amounts due under this lease to Mercedes-Benz Financial or as otherwise directed by DCFS Trust or Mercedes-Benz Financial.

### 25. Late Charges/Returned Payment Fee/Fines and Tickets

If we do not receive the entire amount of your Monthly Payment within 10 days after it is due, you will pay us a late fee of $30 or 5% of the unpaid amount whichever is less. If any check, draft, order, or other payment instrument is returned to us for any reason, or if any authorized electronic debit is not paid, you will pay us a fee of $25. You agree to pay all fines and tickets imposed on the vehicle or its driver. If you do not pay such fines or tickets and we pay, you will reimburse us, and pay us an administration fee of $25 to the extent permitted by law.

### 26. Indemnification

You will defend, indemnify and hold harmless Lessor and Assignee from and against any loss and all losses or damages to the vehicle and from all claims, losses, suits, actions, liabilities, costs and expenses (including, but not limited to reasonable attorney fees) related to and/or against the use, operation or condition of the vehicle.

### 27. Notices/General

We will send notices and correspondence to you at the billing address you provided on this lease. If this address or the garage address changes, you will inform us, in writing, within 30 days of the change. To the extent permitted by law, you give us permission to monitor and record any telephone conversation between you and us. Section headings in this lease are for convenience of reference only and are not part of the lease for any other purpose.

### 28. Refundable Security Deposit

The Refundable Security Deposit may be used to pay all amounts that you fail to pay under this lease or to satisfy any remedy for Default. Any portion of the Refundable Security Deposit not applied to amounts that you owe will be returned to you after termination of this lease and our determination that the amounts you owed at the end of this lease have been paid. Even if we have refunded to you all or any portion of the Security Deposit, you are still responsible for amounts due and owing after termination of this lease such as personal property tax. You may not apply any portion of the Security Deposit to a Monthly Payment. You will not earn interest on the Security Deposit. Any interest or monetary benefit to us which may accrue as a result of our retention of the Security Deposit will neither be paid to you nor applied to reduce your obligations under this lease.

### 29. Modification

Any change to this lease must be in writing and signed by Assignee, however, if permitted by law, extensions, deferral, or due date changes may be agreed to orally by you and Assignee and we will send you written confirmation.

### 30. Enforceability

Each person who signs this lease is jointly and severally liable under this lease and for all payments, whether or not we try to collect from the other signers. We do not have to repossess the vehicle to exercise any other rights. We do not give up any of our rights by delaying or failing to exercise them. This lease is subject to the laws of the

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL - 3 2007
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MBF1, LLC** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **V.** | ) | **SECTION** |
| | ) | |
| **MERCEDES-BENZ USA, LLC, ASBURY AUTOMOTIVE ST. LOUIS d/b/a PLAZA MOTOR COMPANY, AND BENSON MOTOR COMPANY** | ) | **MAG.** 07-3613 SECT. R MAG. 4 |

**CONSENT TO REMOVAL**

Defendant, Benson Motor Company hereby consents to Mercedes-Benz USA, LLC's notice of removal.

July 3rd, 2007.

**TAGGART, MORTON, OGDEN, STAUB & O'BRIEN, L.L.C.**

Janet Daly McGrew

PERRY R. STAUB, JR. (#12414)
JANET DALY MCGREW (#1321)
MARK VAN HORN (#14476)
2100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2100
Telephone: (504) 599-8500
Facsimile: (504) 599-8501

**ATTORNEYS FOR BENSON MOTOR COMPANY**

___ Fee ________
___ Process ________
_X_ Dktd ________
___ CtRmDep ________
___ Doc. No ________

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2007, a copy of this pleading has been served upon all known counsel of record to this action by depositing same in the United States Mail, properly addressed and postage prepaid to his, her, or its counsel of record.

Janet Daly McFrew